*Melvin B. Bassi*, with him *Woodward and Bassi*, for appellee.

OPINION PER CURIAM: Order and decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Commonwealth *v.* Ackerman, Appellant.

Submitted April 10, 1972. *John D. Petruso*, for appellant; *Bruce L. Smith*, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Adams, Appellant.

Argued April 12, 1972. *Michael J. Wherry*, Assistant Public Defender, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Samuel J. Orr, IV*, Assistant District Attorney, and *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Allen, Appellant.

Submitted April 10, 1972. *David O'Hanesian*, for appellant; *Wilbur Allen*, appellant, in propria persona; *Carol Mary Los*, Assist-

808

ant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Arnold, Appellant.

Submitted April 10, 1972. *Dante G. Bertani* and *Daniel J. Ackerman,* Assistant Public Defenders, for appellant; *Albert M. Nichols,* Assistant District Attorney, and *John N. Scales,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Booth, Appellant.

Submitted April 10, 1972. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Brown, Appellant.

Submitted April 10, 1972. *Michael Carr,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.